September 11, 2015

Jose G. Gonzales
TDCJ-ID-NO.# 1859827
John B. Connally Unit
899 F.M. 632
Kenedy, Texas, 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

Abel Acosta:
Texas Court of Criminal Appeals
P.O.Box 12308
Capitol Station
Austin, Texas, 78711

RE:PETITION SEEKING AN ORDER OF THIS HONORABLE COURT TO BE ISSUED
UPON THE LOWER 263RD DISTRICT COURT OF HARRIS COUNTY, TEXAS,
UNDER TRIAL COURT NUMBER 1363504-A TO TRANSMIT PETITIONER'S 11.07
WRIT OF HABEAS CORPUS TO THIS COURT FOR FINAL DISPOSITION

Dear Clerk:

In reference to the above styled and numbered cause, please
find enclosed Petitioner's Petition seeking an order of this
Honorable Court to be issued upon the lower 263 District Court of
Harris County, Texas, to transmit Petitioner's application 11.07
writ of habeas corpus to this Court ofr final disposition.

Please file this notice with the Honorable Court Justice (s)
so that they may rule?

Thank you for your attention in this matter.

CC:File

Respectfully submitted

Mr.Jose G. Gonzales
TDCJ-ID-NO.# 1859827
John B. Connally Unit
899 F.M. 632
Kenedy, Texas, 78119

CAUSE NUMBER 1363504-A

JOSE G. GONZALES                    §    IN THE TEXAS COURT OF CRIMINAL

Applicant

                                    §    APPEALS AT,

VS.                                 §    AUSTIN, TEXAS,

                                    §

DISTRICT CLERK
HARRIS COUNTY, TEXAS                §
Respondant

*************************

PETITION SEEKING AN ORDER OF THIS HONORABLE COURT TO BE
ISSUED UPON THE LOWER COURT OF HARRIS COUNTY, TEXAS. TO TRANSMIT
PETITIONER'S APPLICATION 11.07-WRIT OF HABES CORPUS TO THIS COURT
FOR FINAL DISPOSITION

TO THE HONORABLE JUDGE OF SAID COURT:


COMES NOW, JOSE G. GONZALES, Applicant herein and files this
his petition seeking an order of this Court to be issued upon the
lower court of Harris County, Texas, to transmit Applicant's 11.0
Application 11.07-Writ of Habeas Corpus to this Honorable Court
for final disposition, and in support of the Applicant will show
the folloiwngs:


                                    I

Applicant filed his initial 11.07-writ of habeas corpus with
the Harris County District Clerk's Office to be filed with the
263rd District Court for disposition.

On February 4, 2015, the State filed it's Proposed Order De-
signating the Issues and for filing affidavit.

1

Mr. Marco Sapien, Applicant's trial attorney, was ordered to prepare and provide the Court and Applicant with a copy of his Sworn Affidavit in response to Applicant's claims of ineffective assistance of counsel.

On July 9, 2015, Marco A. Sapien filed his Sworn Affidavit with the court and the same was apoted by the court.

On July 10, 2015, the State filed it's original answer with said affidavit attached-including all court documents relating to Applicant's plea and admonishions of his guilt.

On July 10, 2015, the trial court made Findings of Facts and Conclusions of Law. The Courts' Findings of Facts and Conclusion of Law were not signed by the Honorable Court Judge but an order was issued to the District Clerk's Office to transmit a transeripcript of all papers filed in cause number 1363504-A to the Texas Court of Criminal Appeals..

Applicant complains that he has not received any responses from this Honorable Court Clerk that said papers has been received for final disposition. It has been more than 40 days since the lower court issued its order for transmission.

Applicant complains that this Honorable Court should issue an order upon the lower court to transmit all documents to this court for disposition.

Applicant will point out that, he has filed an inquiry with the District Clerk's Office to bring this matter to the Courts attention.

2

PRAYER

WHEREFORE PREMISES CONSIDERED, Applicant respectfully moves and prays that this Honorable Court will grant his request for an order to be issued upon the lower court to transmit all papers -including his Application 11.07-writ of habeas corpus to this court for final disposition ₸ and any other relief this Court may deem just and proper-in the premises.

Respectfully submitted

Mr.Jose G. Gonzales
TDCJ-ID-NO.# 1859827
John B. Connally Unit
899 F.M. 632
Kenedy, Texas, 78119

3

## CERTIFICATE OF SERVICE

I, Jose G. Gonzales, hereby certify that a true and correct copy of this instrument has been sent by United States Poatal Service Mail to the Clerk of the Texas Court of Criminal Appeals at P.O.Box 12308, Capitol Station, Austin, Texas, 78711, on this the ___7___ day of *September*, 2015.

Mr.Jose G. Gonzales
TDCJ-ID-NO.# 1859827
John B. Connally Unit
899 F.M. 632
Kenedy, Texas, 78119

4